**L. B. Scranton, appellee, v. Chicago & Alton Railroad Company, appellant.**

Action to recover for killing of horses by locomotive. Judgment for plaintiff. Appeal from the Circuit Court of Pike county; the Hon. Albert Akers, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed October 22, 1918.

Edward Doocy and William and Barry Mumford, for appellant. A. Clay Williams and W. E. Williams, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. James Webb, plaintiff in error.**

Conviction on charge of selling liquor in anti-saloon territory. Error to the County Court of Champaign county; the Hon. Roy C. Freeman, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed October 22, 1918.

F. T. Carson, for plaintiff in error. Louis A. Busch and H. D. Roth, for defendant in error.

Mr. Justice Graves delivered the opinion of the court.

---

**Independent Oil Company, appellee, v. Illinois Central Railroad Company, appellant.**

Action to recover for damage to wagon struck by train at highway intersection. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1917. Reversed with finding of fact. Opinion filed October 22, 1918.

Crea, Housum & Hamilton, for appellant; John G. Drennan, of counsel. McCullough & Wierman, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

**National Bank of Mattoon, appellee, v. Charles T. Welch, appellant.**

Action on note. Judgment for plaintiff on trial on merits after judgment by confession had been opened. Appeal from the City Court of Mattoon; the Hon. John McNutt, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed October 22, 1918.

T. N. Cofer, for appellant. Vause, Hughes & Kiger, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

**Katherine Beazel, appellee, v. George S. Beekman, appellant.**

Action against owner of garage leased as heated for damages to automobile by freezing of radiator. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed October 22, 1918.

John G. Friedmeyer, for appellant. Edmund Burke, for appellee.

Mr. Justice Graves delivered the opinion of the court.